UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTOINETTE GRAHAM,

                Plaintiff,                    Civil Action No. 12 CV 4937 (KAM)

      -against-

SEAMEN'S SOCIETY FOR CHILDREN      **STIPULATION**
AND FAMILIES,

                Defendant.
------------------------------------------------------------X

        It is hereby stipulated and agreed by and between the undersigned parties that the time for Defendant Seamen's Society for Children and Families to answer, move or otherwise respond to the Summons and Complaint filed in the above-captioned action shall be extended to November 30, 2012.

Dated: New York, New York
         October 22, 2012

| | |
|---|---|
| THE LAW OFFICE OF ABDUL K. HASSAN<br>215-28 Hillside Avenue<br>Queens Village, NY 11427<br>(718) 740-1000<br><br>By: *[signature]*<br>Abdul K. Hassan (AH 6510)<br>Attorney for Plaintiff<br>Antoinette Graham | ANDERSON KILL & OLICK, P.C.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 278-1000<br><br>By: *[signature]*<br>Bennett Pine (BP 9632)<br>Attorney for Defendant<br>Seamen's Society for Children<br>and Families |

njdocs-58710.1